UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JACKSON, an individual, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LIN CORPORATION AND CHITRAPHONG SIRPORN d.b.a. LOTUS THAI CUISINE, *et al.*, <br><br> Defendants. | Civil No. 06CV2247-L(WMc) <br><br> **ORDER OF DISMISSAL** |

On March 22, 2007, Plaintiff and all Defendants who have made an appearance in this action filed a Joint Motion of Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a), the complaint in this action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: March 26, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

06c2247